FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 MAR -3 PM 5:07

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> JOSE LOPEZ LOYA ) <br> Defendant. ) | CASE NO. 4:06CR3040 <br><br> **ORDER** |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Chad J. Wythers, as a Criminal Justice Act Training Panel Member, to assist in the defense of JOSE LOPEZ LOYA.

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, Chad J. Wythers is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Chad J. Wythers shall not be eligible to receive compensation for his services in this case.

The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, JOSE LOPEZ LOYA.

Dated: 3/3/06

BY THE COURT:

_[signature]_
UNITED STATES MAGISTRATE JUDGE