IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LOPEZ LOYA and<br>NOE GUSTAVO CHAVEZ LOYA,<br><br>Defendants. | Case No.  4:06CR3040 |

## ORDER

THIS MATTER comes before the Court on the Unopposed Motion to Continue Evidentiary Hearing filed by defendant Jose Lopez Loya, filing 21, from April 17, 2006, to a date certain during the week of May 1, 2006.  The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the evidentiary hearing <u>as to both defendants</u> shall be continued in the above captioned matter to the 3rd day of May, 2006 at 9:30 a.m.

The defendants are ordered to appear at said date and time.

Dated this 4th day of April, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge