IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3040 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE LOYA-LOPEZ, and | ) | ORDER |
| NOE GUSTAVO CHAVEZ LOYA, | ) | |
| | ) | |
| Defendants. | ) | |

Upon consideration of the Unopposed Motion to Continue Hearing on Motion to Suppress, filing #25,

IT IS ORDERED that the Motion is granted and the motion to suppress hearing is continued until June 5, 2006 at 1:30 p.m., and will be held in Courtroom No. 2 of the U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

Dated this 8th day of May, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge