IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )   4:06CR3040 |
| | ) |
| v. | ) |
| | ) |
| JOSE LOPEZ LOYA, | )    ORDER |
| | ) |
| Defendant. | ) |

   IT IS ORDERED,

   The joint oral motion of counsel is granted and,

   The change of plea hearing is continued to September 20, 2006 at 3:00 p.m.

   For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

   The defendant shall be present at the hearing.

   Dated August 23, 2006.

                           BY THE COURT

                           s/ *David L. Piester*
                           David L. Piester
                           United States Magistrate Judge