IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3040 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE LOPEZ LOYA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    Upon consideration of the Government's Motion to Continue Sentencing, filing 86, and learning during a telephone call to defense counsel that counsel for the defendant has no objection,

    IT IS ORDERED THAT the Motion is granted and the sentencing hearing is continued until January 24, 2007, at 12:15 p.m., and will be held in Courtroom No. 4 of the U.S. Courthouse, 100 Centennial mall North, Lincoln, Nebraska.

    Dated December 29, 2006.

                                            BY THE COURT

                                            s/ Warren K. Urbom
                                            United States Senior District Judge