IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:06CR3040 |
| ) | |
| v. ) | |
| ) | |
| JOSE LOPEZ LOYA, ) | ORDER SCHEDULING SENTENCING |
| ) | HEARING |
| Defendants. ) | |
| ) | |

IT IS ORDERED that:

1. the sentencing hearing for the defendant Jose Lopez Loya is scheduled to commence at 10:00 a.m. on June 5, 2007, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall be present for the hearing.

Dated May 23, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge